UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X    21 MC 100 (AKH)

Hon. Alvin K. Hellerstein,
U.S.D.J.

IN RE: WORLD TRADE CENTER DISASTER SITE
LITIGATION

**RULE 7.1 STATEMENT OF
AMEC CONSTRUCTION
MANAGEMENT, INC.**

----------------------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for AMEC CONSTRUCTION MANAGEMENT, INC. certifies

that AMEC Construction Management, Inc. is wholly owned by AMEC Holdings, Inc.  Both

AMEC Properties and Overseas Investments, Ltd. and AMEC USA Ltd. own a greater than ten

percent share of AMEC Holdings, Inc.  AMEC Properties and Overseas Investments, Ltd. and

AMEC USA Ltd. are wholly owned by AMEC plc, a publicly traded company in the United

Kingdom.


Dated: Newark, New Jersey                PATTON BOGGS LLP
       November 28, 2006
                                         By:  _James E Tyrell, Jr_
                                             James E. Tyrrell, Jr. (JT-6837)
                                             One Riverfront Plaza, 6th floor
                                             Newark, NJ 07102
                                             (973) 868-5600
                                             JTyrrell@PattonBoggs.com

                                         *Attorneys for defendant* AMEC Construction
                                         Management, Inc.